**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**WILLIE JAMES BOGARD**                                                                                       **PLAINTIFF**

**v.**                                                            **NO. 4:11CV97-P-V**

**A. PERKINS, ET AL.**                                                              **DEFENDANTS**

**JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated November 1, 2011, and the November 14, 2011, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated November 1, 2011, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That defendant Danny Scott is **DISMISSED** with prejudice from this case.

3. That the plaintiff's claims of retaliation and violation of his right to the free exercise of religion will **PROCEED**.

THIS, the 12th day of December, 2011.

                                                                          /s/ W. Allen Pepper, Jr.
                                                                          W. ALLEN PEPPER, JR.
                                                                          UNITED STATES DISTRICT JUDGE